Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Raymond Y. Kim (SBN 251210)
Email: rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213 457 8000
Facsimile: 213 457 8080

Attorneys for Defendant
PNC Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC SCRIP, INC. <br><br> Plaintiff, <br><br> vs. <br><br> PNC BANK, NATIONAL ASSOCIATION, and DOES 1- 10, <br><br> Defendants. | Case No.: CV101269 EMC <br><br> **STIPULATION TO EXTEND DEFENDANT PNC BANK, N.A.'S TIME TO RESPOND TO COMPLAINT** ; ORDER <br><br> Honorable Edward Chen |

1  WHEREAS, on February 23, 2010, Plaintiff Electronic Scrip, Inc. ("Plaintiff") served its Complaint on Defendant PNC Bank, N.A. ("PNC");

WHEREAS, on March 25, 2010, PNC removed this action to the United States District Court for the Northern District of California, San Francisco Division;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81, PNC's response to Plaintiff's Complaint must be filed on or before April 1, 2010;

WHEREAS, the parties agreed to extend PNC's time to respond to the Complaint to Friday, April 23, 2010 in order to allow PNC time to investigate Plaintiff's claims and prepare a proper response;

IT IS HEREBY AGREED AND STIPULATED, pursuant to Civil Local Rule 6-1, by and between PNC and Plaintiff and through their respective counsel of record that PNC's time to respond to Plaintiff's Complaint is extended to Friday, April 23, 2010.

DATED: April 1, 2010.        REED SMITH LLP

                             By   /s/
                                Felicia Y. Yu
                                Raymond Y. Kim
                                Attorneys for Defendant
                                PNC Bank, N.A.

DATED: April 1, 2010         WILSON SONSINI GOODRICH & ROSATI

                             By:  /s/
                                Dylan J. Liddiard
                                Analisa M. Pratt
                                Attorneys for Plaintiff
                                Electronic Scrip, Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate J.

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On April 1, 2010, I served the following documents as required by the Northern District of California in case No. CV-10 1269EMC and as instructed by ECF by the method indicated below:

**STIPULATION TO EXTEND DEFENDANT PNC BANK, N.A.'S TIME TO RESPOND TO COMPLAINT**

| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
|---|---|

Dylan J. Liddiard (dliddiard@wsgr.com)     Telephone:  (650) 493-3152
Analisa M. Pratt (apratt@wsgr.com)          Facsimile:   (650) 493-6811
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
**ATTORNEYS FOR PLAINTIFF ELECTRONIC SCRIP, INC.**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 1, 2010, at Los Angeles, California.

s/_____
Patty Keen