DYLAN J. LIDDIARD, State Bar No. 203055
dliddiard@wsgr.com
JASON PUTNAM GORDON, State Bar No. 250733
jpgordon@wsgr.com
ANALISA M. PRATT, State Bar No. 262951
apratt@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-3152
Facsimile: (650) 493-6811

Attorneys for Plaintiff
ELECTRONIC SCRIP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELECTRONIC SCRIP, INC. | ) | CASE NO.: CV 10-1269 EMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION EXTENDING TIME FOR THE PARTIES TO PROVIDE INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 AND [PROPOSED] ORDER** |
| v. | ) | |
| PNC BANK, NATIONAL ASSOCIATION, and DOES 1-10, | ) | |
| Defendants. | ) | |
| | ) | CMC Date: July 14, 2010 |
| | ) | Time: 1:30 p.m. |
| | ) | Courtroom: C, 15th Floor |

Plaintiff Electronic Scrip, Inc. ("ESI") and Defendant PNC Bank, National Association ("PNC") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation:

**WHEREAS,** pursuant to the May 10, 2010 Clerk's Notice, the Case Management Conference is scheduled for July 14, 2008 at 1:30 p.m.;

**WHEREAS,** pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Parties were required to conduct a Rule 26(f) conference by June 23, 2010, file a Joint Case

-1-
STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES

1 | Management Statement by July 7, 2010, and make initial disclosures pursuant to Rule 26(a)
2 | within 14 days of their Rule 26(f) conference;
3 |     **WHEREAS,** in accordance with Rule 26 of the Federal Rules of Civil Procedure, the
4 | Parties conducted a Rule 26(f) conference on June 22, 2010, and filed a Joint Case Management
5 | Statement on or before July 7, 2010; and
6 |     **WHEREAS,** pursuant to Local Rule 6-1(a) and in light of the Parties' agreement to
7 | attend mediation prior to incurring discovery related expenses, the Parties have agreed to extend
8 | the deadline for initial disclosures as required under Rule 26(a) to twenty-one days after
9 | completing a mediation session pursuant to the Court's ADR program.  This modification does
10 | not affect any other deadlines in the case.
11 |     **NOW THEREFORE,** ESI and PNC, by and through their respective counsel, hereby
12 | stipulate as follows:
13 |     The deadline for the Parties to make initial disclosures pursuant to Federal Rule of Civil
14 | Procedure 26 shall be on or before the twenty-first day after completing a mediation session
15 | pursuant to the Court's ADR program.

16 | Dated:  July 7, 2010                           WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
17 |
18 |
                                                    By:  /s/ Dylan J. Liddiard
19 |                                                            Dylan J. Liddiard
20 |                                                 Attorneys for Plaintiff
                                                    ELECTRONIC SCRIP, INC.
21 |
22 | Dated:  July 7, 2010                           REED SMITH
                                                    Limited Liability Partnership
23 |
24 |
                                                    By:  /s/ Felicia Y. Yu
25 |                                                            Felicia Y. Yu
26 |                                                 Attorneys for Defendant
                                                    PNC BANK, N.A.
27 |
28 |

-2-
STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES

**ORDER**

Upon the stipulation of the Parties and with good cause appearing, IT IS HEREBY ORDERED:

1. The deadline for the Parties to make initial disclosures pursuant to Federal Rule of Civil Procedure 26 shall be on or before the twenty-first day after completing a mediation session pursuant to the Court's ADR program;

2. No other deadlines are affected by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __7/12__, 2010   _____
MAGISTRATE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT



**SIGNATURE ATTESTATION**

I, Analisa M. Pratt, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING TIME FOR THE PARTIES TO PROVIDE INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 AND [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that DYLAN J. LIDDIARD and FELICIA Y. YU have concurred in this filing.

Dated July 7, 2010                             WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation


                                               By:  /s/ Analisa M. Pratt
                                                       Analisa M. Pratt

                                               Attorneys for Plaintiff
                                               ELECTRONIC SCRIP, INC.