**UNITED STATES DISTRICT COURT**

Northern District of California

San Francisco Division

| | |
|---|---|
| ELECTRONIC SCRIP,<br>    Plaintiff,<br><br>    v.<br><br>PNC BANK NATIONAL ASSOCIATION,<br>    Defendant.<br>_____/ | No. C 10-1269 EMC<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT'S REPRESENTATIVES TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:       September 25, 2010<br>Mediator:  Philip Gregory |

IT IS HEREBY ORDERED that the request for defendant PNC Bank National Association's representatives to be excused from personally attending the September 25, 2010 mediation session before Philip Gregory is GRANTED. The representatives shall be available at all times to participate telephonically in accordance with ADR LR 6-10(f).

IT IS SO ORDERED.

September 16, 2010          By:          *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**