1   DYLAN J. LIDDIARD, State Bar No. 203055
    dliddiard@wsgr.com
2   JASON PUTNAM GORDON, State Bar No. 250733
3   jpgordon@wsgr.com
    ANALISA M. PRATT, State Bar No. 262951
4   apratt@wsgr.com
    WILSON SONSINI GOODRICH & ROSATI
5   Professional Corporation
    650 Page Mill Road
6   Palo Alto, California 94304
    Telephone: (650) 493-9300
7   Facsimile: (650) 493-6811

8   Attorneys for Plaintiff
    ELECTRONIC SCRIP, INC.
9

10  Felicia Y. Yu (SBN 193316)
    Email:  fyu@reedsmith.com
11  Raymond Y. Kim (SBN 251210)
    Email:  rkim@reedsmith.com
12  REED SMITH LLP
    355 South Grand Avenue, Suite 2900
13  Los Angeles, CA  90071-1514
    Telephone:     213 457 8000
14  Facsimile:     213 457 8080

15  Attorneys for Defendant
    PNC BANK, N.A.
16

17                UNITED STATES DISTRICT COURT
18        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
19

20  | ELECTRONIC SCRIP, INC. | Case No.: CV-10-1269 EMC |
21  | Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
22  | vs. | |
23  | PNC BANK, NATIONAL ASSOCIATION, and DOES 1- 10, | |
24  | | DATE:     October 13, 2010<br>TIME:     2:30 P.M.<br>PLACE:     Courtroom C, 15th Floor |
25  | Defendants. | |
26  | | The Honorable Edward M. Chen |

1  Pursuant to the request made by counsel for both parties in the October 6, 2010 First
2  Subsequent Joint Case Management Statement, and good cause appearing therefore,
3  The Court hereby grants the request of Plaintiff Electronic Scrip, Inc. and Defendant PNC
4  Bank, N.A. to appear telephonically at the Case Management Conference scheduled for October 13,
5  2010, or if rescheduled, to that later date.

6  IT IS SO ORDERED.   The Court will call Felicia Yu and Jason Gordon between 2:30 and 3:30 p.m,  Mr. John Claassen will appear in person.

8  DATED: October __13__, 2010

_____
The Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware