1  JOHN S. CLAASSEN, State Bar No. 212954
   CLAASSEN, Professional Corporation
2  2865 Broadway, Suite 1
   Oakland, California 94611
3  Telephone: (510) 251-8010
   Facsimile: (510) 868-3398
4
   Attorney for Plaintiff
5  ELECTRONIC SCRIP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC SCRIP, INC. ) | **CASE NO.: CV 10-1269 EMC** |
| ) | |
| Plaintiff, ) | STIPULATION & [P~~ROPOS~~ED] |
| ) | ORDER EXTENDING DEADLINE |
| v. ) | FOR SERVICE OF INITIAL |
| ) | DISCLOSURES |
| PNC BANK, NATIONAL ASSOCIATION, ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The Parties stipulate and agree that the deadline for service of the parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) shall be continued through and including October 25, 2010.

Dated: October 15, 2010                    CLAASSEN, Professional Corporation

                                           /s/

                                           By: _____
                                              John S. Claassen, Esq.

                                           Attorney for Plaintiff
                                           ELECTRONIC SCRIP, INC.

STIPULATION & [~~PROPOS~~ED] ORDER                              CASE NO. CV-10-1269-EMC
EXTENDING DEADLINE FOR SERVICE OF
INITIAL DISCLOSURES

Dated:  October 14, 2010                REED SMITH
                                        Limited Liability Partnership

                                                /s/

                                        By: _____
                                                Felicia Y. Yu

                                        Attorneys for Defendant
                                        PNC BANK, N.A.

**SIGNATURE ATTESTATION**

I, John S. Claassen, am the ECF User whose identification and password are being used to file this Stipulation & [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that FELICIA Y. YU has concurred in this filing.

Dated: October 16, 2010                 CLAASSEN, Professional Corporation

                                                /s/

                                        By: _____
                                                John S. Claassen, Esq.

                                        Attorney for Plaintiff
                                        ELECTRONIC SCRIP, INC.

**[PROPOSED] ORDER**

For good cause shown, the above agreement of the parties is adopted as the order of the Court.

IT IS SO ORDERED.

DATED: October 20, 2010
                                        _____
                                        The Honorable Edward M. Chen
                                        UNITED STATES MAGISTRATE JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATION & [PROPOSED] ORDER                    -1-                       CASE NO. CV-10-1269-EMC
EXTENDING DEADLINE FOR SERVICE OF
INITIAL DISCLOSURES