1  JOHN S. CLAASSEN, State Bar No. 212954
   CLAASSEN, Professional Corporation
2  2865 Broadway, Suite 1
   Oakland, California 94611
3  Telephone: (510) 251-8010
   Facsimile: (510) 868-3398
4
   Attorney for Plaintiff
5  ELECTRONIC SCRIP, INC.

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO DIVISION
10

11 ELECTRONIC SCRIP, INC.            )   **CASE NO.:  CV 10-1269 EMC**
                                     )
12        Plaintiff,                 )   NOTICE OF SETTLEMENT
                                     )   ORDER RESETTING STATUS
13     v.                            )
                                     )
14 PNC BANK, NATIONAL ASSOCIATION,   )
   and DOES 1-10,                    )
15                                   )
          Defendants.                )
16                                   )
                                     )
17 _____ )

18

19     The parties have agreed to a compromise of the claims asserted in the above-entitled

20 action.  Such compromise should result in the filing of a stipulation for dismissal of the action

21 with prejudice within the next 30 days.

22 Dated: May 11, 2011                    CLAASSEN, Professional Corporation

23                                                /s/

24                                        By: _____
                                               John S. Claassen, Esq.
25
                                          Attorney for Plaintiff
26                                        ELECTRONIC SCRIP, INC.

27 IT IS SO ORDERED that the Status Conference is reset from 6/1/11 to 6/29/11 at 2:30 p.m.
   An updated joint status report shall be filed by 6/22/11.  These deadlines will be vacated
28 once a stipulation for dismissal is filed.
   _____
   Edward M. Chen, U.S. District Judge

   NOTICE OF SETTLEMENT                                          CASE NO. CV-10-1269-EMC