1  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
2  Veronica Kuiumdjian (SBN 244825)
   Email: vkuiumdjian@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:    213 457 8000
5  Facsimile:    213 457 8080

6  Attorneys for Defendant
   PNC Bank, N.A.
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11
   ELECTRONIC SCRIP, INC.                    Case No.: 3:10-cv-01269-EMC
12
              Plaintiff,                     **STIPULATION FOR DISMISSAL OF
13                                           ACTION WITH PREJUDICE** ; ODRER
       vs.
14                                           F.R.C.P. Rule 41(a)(1)
   PNC BANK, NATIONAL ASSOCIATION, and
15 DOES 1- 10,                                The Honorable Edward M. Chen

16            Defendants.

1  IT IS HEREBY STIPULATED by and between Plaintiff Electronic Scrip, Inc. ("Plaintiff")
2 and Defendant PNC Bank, National Association ("PNC") that the above-captioned action be and
3 hereby is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1), with each party to bear its
4 own costs and attorneys fees.

DATED:  June 1, 2011                      REED SMITH LLP

                                          By    /s/ Veronica Kuiumdjian
                                                Felicia Y. Yu
                                                Veronica Kuiumdjian
                                                 Attorneys for Defendant
                                                PNC BANK, N.A.

                                          CLAASSEN, Professional Corporation

DATED:  June 1, 2011                      By    /s/ John Claassen
                                                John Claassen
                                                Attorney for Plaintiff
IT IS SO ORDERED:                               PNC Bank, N.A.

                                          SIGNATURE ATTESTATION
                                          I, John S. Claassen, am the ECF User whose
_____                      identification and password are being used
Edward M. Chen                            to file this Stipulation & [Proposed] Order. In
U.S. District Judge                       compliance with General Order 45.X.B, I hereby
                                          attest that FELICIA Y. YU has concurred in this
                                          filing.

**SIGNATURE ATTESTATION**

I, Veronica Kuiumdjian, am the ECF User whose identification and password are being used to file this Stipulation & [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that JOHN CLAASEN has concurred in this filing.

DATED:  June 1, 2011                      REED SMITH LLP


                                          By    /s/ Veronica Kuiumdjian
                                                Felicia Y. Yu
                                                Veronica Kuiumdjian
                                                 Attorneys for Defendant
                                                PNC BANK, N.A.